The People of the State of New York, Respondent, v. Donald E. Smith, Appellant.— Per Curiam.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam*.